Mark E. Ferrario
Nevada Bar No. 1625
Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
ferrariom@gtlaw.com

Tyler Andrews
Nevada Bar No. 9499
3161 Michelson Drive, Suite 1000
Irvine, CA 92612-4410
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
andrewst@gtlaw.com

*Counsel for Defendant Groupon, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SKYDIVING ADVENTURES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GROUPON, INC., <br><br> Defendant. | Case No.: 2:18-cv-02342-APG-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR GROUPON, INC. TO FILE RESPONSE TO COMPLAINT** <br><br> **[FIRST REQUEST]** |

Plaintiff Las Vegas Skydiving Adventure, LLC, and Defendant Groupon, Inc. ("Groupon") by and through their respective counsel of record, and pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, hereby stipulate and agree to extend the deadline for Groupon's response to the Complaint in this action by three (3) weeks, through and including **January 25, 2019,** and request that the Court enter an order approving the same. Should Groupon's response to the Complaint include a motion under Fed. R. Civ. P. 12, the parties further stipulate and agree to extend the deadline for Plaintiff's response to such motion by three (3) weeks beyond the standard opposition deadline outlined in Local Rule 7-2.

Counsel for Groupon requests the additional time to respond to the Complaint in order to fully analyze the facts and allegations in Plaintiff's Complaint. Counsel for Plaintiff requests the additional time to respond to any Rule 12 motion due to several calendared depositions during the standard opposition response window under Local Rule 7-2. Counsel for the Parties have agreed to these requested extensions as a professional courtesy. This is the first stipulation for an extension of time by either party.

DATED this 2nd day of January, 2019.

**GIBSON LOWRY, LLP**

/s/ Steven A. Gibson
STEVEN A. GIBSON
NEVADA BAR NO. 6656
JODI DONETTA LOWRY
NEVADA BAR NO. 7798
7495 West Azure Drive, Suite 233
Las Vegas, NV 89130

*Counsel for Plaintiff Las Vegas Skydiving Adventures, LLC*

DATED this 2nd day of January, 2019.

**GREENBERG TRAURIG, LLP**

/s/ Tyler R. Andrews, Esq
MARK E. FERRARIO
Nevada Bar No. 1625
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

TYLER ANDREWS
Nevada Bar No. 9499
3161 Michelson Drive, Suite 1000
Irvine, CA 92612-4410

*Counsel for Defendant Groupon, Inc.*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** 1-2-2019