Mark E. Ferrario
Nevada Bar No. 1625
Tyler Andrews
Nevada Bar No. 9499
Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
ferrariom@gtlaw.com
andrewst@gtlaw.com

*Counsel for Defendant Groupon, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SKYDIVING ADVENTURES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GROUPON, INC.,<br><br>Defendant. | Case No.: 2:18-cv-02342-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR GROUPON, INC. TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS [DKT 9]** |

Plaintiff Las Vegas Skydiving Adventure, LLC, and Defendant Groupon, Inc. ("Groupon") by and through their respective counsel of record, and pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, hereby stipulate and agree to extend the deadline for Groupon's Reply in Support of its Motion to Dismiss [ECF No. 9] by one (1) week, through and including **March 15, 2019,** and request that the Court enter an order approving the same.

The earlier stipulation entered by the Parties (ECF No. 5) extended the time for Groupon's responsive pleading and for LV Skydiving's response in opposition to Groupon's motion to dismiss, but inadvertently omitted any extension for the Groupon's Reply brief in support of the motion to dismiss. Counsel for Groupon requests additional time to submit its Reply in order to fully analyze and respond to the pending Opposition, and also due to several

1

concurrent hearings scheduled out-of-state during the week of the current Reply deadline of March 8, 2019 under LR 7-2, including a pro bono Ninth Circuit oral argument in California. Plaintiff's counsel has agreed to this requested extension as a professional courtesy. This is the first stipulation for extension of time for the pending Reply.

DATED this 13th day of February 2019

**GIBSON LOWRY, LLP**

/s/ Steven A. Gibson
STEVEN A. GIBSON
NEVADA BAR NO. 6656
JODI DONETTA LOWRY
NEVADA BAR NO. 7798
7495 West Azure Drive, Suite 233
Las Vegas, NV 89130

*Counsel for Plaintiff Las Vegas Skydiving Adventures, LLC*

DATED this 13th day of February 2019

**GREENBERG TRAURIG, LLP**

/s/ Tyler R. Andrews
MARK E. FERRARIO
Nevada Bar No. 1625
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
TYLER ANDREWS
Nevada Bar No. 9499
3161 Michelson Drive, Suite 1000
Irvine, CA 92612-4410

*Counsel for Defendant Groupon, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 13, 2019.