STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@gibsonlowry.com
JODI DONETTA LOWRY, ESQ.
Nevada Bar No. 7798
jlowry@gibsonlowry.com

GIBSON LOWRY LLP
7495 West Azure Drive, Suite 233
Las Vegas, Nevada 89130
Telephone 702.541.7888
Facsimile 702.541.7899

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SKYDIVING ADVENTURES LLC, a Nevada limited-liability company, | Case No.:  2:18-cv-2342-APG-VCF |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | **(Second Extension)** |
| GROUPON, INC., a Delaware corporation, | |
| Defendant. | |

Plaintiff Las Vegas Skydiving Adventures LLC ("Plaintiff" or "LV Skydiving"), and Defendant Groupon, Inc ("Groupon"), by and through their respective counsel of record hereby stipulate and agree to extend the deadlines for LV Skydiving's Response to Defendant's Motion to Dismiss (ECF No. 9, filed January 15, 2019) from Friday, March 1, 2019 to Monday, March 4, 2019, and for Groupon's Reply to that Response from Friday, March 15, 2019 to Monday, March 18, 2019, respectively.  This second, very brief, reciprocal extension of time extending dates from Friday to the immediately following Monday is sought based on Defendant's

undersigned counsel's professional courtesy due to personal exigency on the part of Plaintiff's undersigned counsel.

DATED this 1st day of March, 2019.

**GIBSON LOWRY, LLP**

/s/ J.D. Lowry, Esq.
STEVEN A. GIBSON
Nevada Bar No. 6656
JODI DONETTA LOWRY
Nevada Bar No. 7798
7495 West Azure Drive, Suite 233
Las Vegas, NV 89130

*Counsel for Plaintiff Las Vegas Skydiving Adventures, LLC*

DATED this 1st day of March, 2019.

**GREENBERG TRAURIG, LLP**

/s/ Tyler Andrews, Esq.
MARK E. FERRARIO
Nevada Bar No. 1625
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
TYLER ANDREWS
Nevada Bar No. 9499
3161 Michelson Drive, Suite 1000
Irvine, CA 92612-4410

*Counsel for Defendant Groupon, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: March 4 2019.

GIBSON LOWRY LLP
7495 West Azure Drive, Suite 233
Las Vegas, Nevada 89130
Main (702) 541-7888 • Fax (702) 541-7899