# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS SKYDIVING ADVENTURES LLC, a Nevada limited-liability company, <br><br>　　　　　　Plaintiff, <br><br>vs. <br><br>GROUPON, INC., a Delaware corporation, <br><br>　　　　　　Defendant. | 2:18-cv-02342-APG-VCF <br><br>**ORDER** |

　　　Before the court is Plaintiff's Motion for Spoliation Sanctions and Sanctions Pursuant to the Court's Inherent Authority (ECF NO. 23).

　　　Accordingly,

　　　IT IS HEREBY ORDERED a hearing on Plaintiff's Motion for Spoliation Sanctions and Sanctions Pursuant to the Court's Inherent Authority (ECF NO. 23) is scheduled for 2:00 PM, August 19, 2019, in Courtroom 3D.

　　　DATED this 2nd day of August, 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE