# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| LAS VEGAS SKYDIVING ADVENTURES, LLC, | 2:18-cv-02342-APG-VCF |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| GROUPON, INC., | |
| Defendant. | |

Before the court is Defendant Groupon, Inc.'s Emergency Motion For Protective Order And To Extend Discovery Deadlines Based On COVID-19 Pandemic (ECF Nos. 39 & 40).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Defendant Groupon, Inc.'s Emergency Motion For Protective Order And To Extend Discovery Deadlines Based On COVID-19 Pandemic (ECF Nos. 39 & 40) must be filed or before March 31, 2020. Any reply in support of the instant motion must be filed or before April 7, 2020.

IT IS FURTHER ORDERED that a telephonic hearing on Defendant Groupon, Inc.'s Emergency Motion For Protective Order And To Extend Discovery Deadlines Based On COVID-19 Pandemic (ECF Nos. 39 & 40) is scheduled for 11:00 AM, April 13, 2020.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

DATED this 24th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE