1  MARK E. FERRARIO
   Nevada Bar No. 1625
2  TYLER ANDREWS
   Nevada Bar No. 9499
3  GREENBERG TRAURIG, LLP
   10845 Griffith Peak Drive, Suite 600
4  Las Vegas, Nevada 89135
   Telephone: (702) 792-3773
5  Facsimile: (702) 792-9002
   ferrariom@gtlaw.com
6  andrewst@gtlaw.com

7  *Counsel for Defendant Groupon, Inc.*

8
                    **UNITED STATES DISTRICT COURT**
9
                        **DISTRICT OF NEVADA**
10

11  LAS VEGAS SKYDIVING                    Case No.:  2:18-cv-02342-APG-VCF
    ADVENTURES, LLC,
12
                                           **STIPULATION AND ORDER TO**
13                       Plaintiff,        **EXTEND TIME FOR GROUPON, INC. TO**
                                           **FILE OPPOSITION TO MOTION FOR**
14  v.                                     **PROTECTIVE ORDER**

15  GROUPON, INC.,                         **(FIRST REQUEST)**

16                       Defendant.

17

18

19         Plaintiff Las Vegas Skydiving Adventures, LLC, and Defendant Groupon,

20  Inc.("Groupon") by and through their respective counsel of record, and pursuant to Local Rules

21  IA 6-1, LR IA 6-2, and LR 7-1, hereby stipulate and agree to extend the deadline for Groupon's

22  Opposition to Plaintiff's Motion for Protective Order [ECF 62] by one (1) week, from September

23  23, 2020 through and including September 30, 2020, and request that the Court enter an order

24  approving the same. Plaintiff shall have an additional one (1) week to file its reply.

25  ///

26  ///

27  ///

28  ///

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1

*ACTIVE 52750452v1*

1    This is the first stipulation for extension of time for the pending Opposition and is made

2  in good faith and not in an attempt to delay proceedings.

3    DATED this 23rd day of September, 2020          DATED this 23rd day of September, 2020

4

5    **GIBSON LEXBURY LLP**                          **GREENBERG TRAURIG, LLP**

6    */s/ Steven A. Gibson*                          */s/ Tyler R. Andrews*
     STEVEN A. GIBSON                                MARK E. FERRARIO
7    NEVADA BAR NO. 6656                             Nevada Bar No. 1625
     JODI DONETTA LOWRY                              10845 Griffith Peak Drive, Suite 600
8    NEVADA BAR NO. 7798                             Las Vegas, NV 89135
     CRAIG G. BOURKE                                 TYLER ANDREWS
9    NEVADA BAR NO. 8968                             Nevada Bar No. 9499
     3470 East Russell Road                          3161 Michelson Drive, Suite 1000
10   Las Vegas, NV 89120                             Irvine, CA 92612-4410

11
     *Counsel for Plaintiff Las Vegas Skydiving*     *Counsel for Defendant Groupon, Inc.*
12   *Adventures, LLC*

13

14

15                                                   **IT IS SO ORDERED**

16

17   _____

18                                                   **UNITED STATES MAGISTRATE JUDGE**

19                                                   **DATED**:          9-24-2020
                                                                _____

20

21

22

23

24

25

26

27

28

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

2

*ACTIVE 52750452v1*