STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@gibsonlexbury.com
ROMAN NIKHMAN
Nevada Bar No. 15444
rnikhman@gibsonlexbury.com

**Gibson Lexbury LLP**
3470 East Russell Road, Second Floor
Las Vegas, Nevada 89120
Telephone 702.541.7888
Facsimile 702.541.7899

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SKYDIVING ADVENTURES LLC, a Nevada limited-liability company;<br><br>Plaintiff,<br><br>v.<br><br>GROUPON, INC., a Delaware corporation;<br><br>Defendant. | Case No.: 2:18-cv-2342-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION**<br><br>**(FIRST REQUEST)** |

Plaintiff Las Vegas Skydiving Adventures LLC, and Defendant Groupon, Inc. by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for Plaintiff's Opposition to Defendant's Motion for Summary Judgment (the "Opposition") by one (1) week, from April 20, 2021, through and including **April 27, 2021,** and Defendant's Reply to the Opposition by one (1) week, from May 11, 2021, through and including **May 18, 2021** and request that the Court enter an order approving same.

1

This is the first stipulation for extension of time for the pending Opposition and is made in good faith and not in an attempt to delay proceedings.

DATED this 14th day of April, 2021.    DATED this 14th day of April, 2021.

**GIBSON LEXBURY LLP**    **GREENBERG TRAURIG, LLP**

*/s/ Roman Nikhman*    */s/ Tyler Andrews*
STEVEN A. GIBSON, ESQ.    MARK E. FERRARIO, ESQ.
Nevada Bar No. 6656    Nevada Bar No. 1625
ROMAN NIKHMAN, ESQ.    TYLER R. ANDREWS, ESQ.
Nevada Bar No. 15444    Nevada Bar No. 9499
3470 East Russell Road, Second Floor    10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89120    Las Vegas, NV 89135
(702) 541-7888 Telephone    (702) 792-3773 Telephone
(702) 541-7899 Facsimile    (702) 792-9002 Facsimile
*Counsel for Plaintiff Las Vegas Skydiving*    *Counsel for Defendant Groupon, Inc.*
*Adventures LLC*

_____
**UNITED STATES DISTRICT JUDGE**
**ANDREW P. GORDON**

**DATED**: April 14, 2021
2:18-cv-02342-APG-VCF