# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

LAS VEGAS SKYDIVING ADVENTURES, LLC,

    Plaintiff,

vs.

GROUPON, INC.,

    Defendant.

2:18-cv-02342-APG-VCF

**ORDER**

Before the Court is the Joint Response to ECF NO. 77 (ECF NO. 81).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing is scheduled for 10:00 AM, June 14, 2021, on the Joint Response to ECF NO. 77 (ECF NO. 81).

DATED this 7th day of June, 2021.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE