# EXHIBIT 2

EXHIBIT 2



# Las Vegas Skydiving

Home » Things to Do » Las Vegas Skydiving

Ad  #1 Kia Store in Nevada

OPEN



Last Updated on June 7, 2021

Sin City is known for its crazy adventures, adrenaline rushes, and overall over-the-top fun. However, if you are looking for a bucket list item to do on your next trip to Las Vegas, skydiving should be considered.

OPEN

Buy the Cheapest Domain
                                                            Ad

Las Vegas has many options an incredible experience, but we have done the research and found the best

This website   sh.  Accept
                                                                                          

Let's take a deep dive into Las Vegas Skydiving and discover who offers the best of the best.

## Skydive Las Vegas



[Skydive Las Vegas](#) is 30 minutes away from the Strip and has done more than 10,000 successful jumps every year since 1993. They consider themselves experts for the first-time jumper and Nevada's highest jump offering a thrill to newbies and experienced jumpers alike.

At Skydive Las Vegas, you'll free fall at over 120 miles per hour while enjoying views of the Colorado River, Lake Mead, the Hoover Dam, Valley of Fire, Red Rock Canyon, Mount Charleston, and the Strip.

They offer transportation from the Strip as well and are open every day of the year. Skydive Las Vegas also offers media packages that include pictures, video, or both to capture your adventure.

Their tandem jumps are $299, but they run sales like their current one, which offers $100 off. You can also get a $10 discount if paying in cash. The media packages are priced separately, with the photos-only package starting at $69 and a combination photo and video package for $129. Skydive Las Vegas is also offering a discount on their media packages right now.

Skydive Las Vegas is our choice for the overall best skydiving in the area.

This website uses cookies to improve your experience. We'll assume you're ok with this, but you can opt-out if you wish. Accept
Read More



[Sin City Skydiving](#) is our choice for the best budget-friendly experience. They specialize in student training and first-time tandem skydiving, with each instructor being FAA and USPA certified.

They also boast a perfect safety record. Sin City Skydiving is a 30-minute drive from the city, but they offer free round-trip shuttle services. They are big group friendly so you can take your whole crew at once.

Parties are taken up in groups from the drop zone over a span of up to four hours, so you can watch others float down while you wait. Sin City also offers media packages that include videos, photos, or both taken on a GoPro during your fall to capture the moment.

Sin City Skydiving prides itself on being the more affordable company in the area, with tandem jumps regularly priced at $249. They are currently running a summer sale for $199. Their media packages range from $69 for just pictures to $99 for pictures and video.

Get 50% Off Sin City Skydiving

## GoJump Las Vegas

This website uses cookies to improve your experience. We'll assume you're ok with this, but you can opt-out if you wish.   Accept

Read More



[GoJump Las Vegas](#) has completed over 90,100 tandem skydives and is located south of the Las Vegas Strip. They have a complimentary shuttle that runs from various points on the strip to their jump site.

GoJump Las Vegas' staff all have over 4000 hours of experience, and they have female instructors as well to ensure women are comfortable during tandem jumps.

With GoJump Las Vegas, you will be loaded into their brand new airplane and ascend into the sky at 1000 feet per minute before jumping to a 15,000-foot freefall with some incredible views. They even have dual-control parachutes, so you can help fly the parachute, which is what makes them our choice for the best tandem experience.

They have media packages from both the outside and the inside, meaning that you can get professional photos or videos from the ground of you coming down or inside Handycam photos or videos taken by your Tandem master.

This website uses cookies to improve your experience. We'll assume you're ok with this, but you can opt-out if you wish.  Accept

Read More

Tandem skydives cost $199 plus a $10 fuel surcharge. Their media packages start at $78 and go up to $198 for the most deluxe media package, which includes inside and outside video and photos that provide 3D coverage of the entire experience as well as high-resolution photos.

They also offer wedding, proposal, birthday, and Bachelor packages. Each is an exclusive opportunity that is all-inclusive for a set price.

Get 62% Off GoJump

## Skydive Fyrosity



Skydive Fyrosity is the largest skydiving facility in the area. It is located 45 minutes Northeast of of the city in between the Valley of Fire and Lake Mead. They have a 100% safety record, and their instructors are current and former US National and World Champions or veterans of the US Air Force, Army, and Special Forces.

They offer limited jump slots so that your experience is personal and exclusive. However, you can book multiple jumpers simultaneously so that your whole party can jump together.

After you suit up, you'll have a 15-20 minute scenic plane ride over the bright red Aztec sandstone of the Valley of Fire. At jumping altitude, you'll freefall directly over the Valley of Fire with the ability to see the Grand Canyon, Area 51, Vegas, Lake Mead, Virgin River, Virgin Peak Mountain, and four different states. Like the other companies, Skydive Fyrosity offers media packages to capture stunning views.

Skydive Fyrosity prides itself on being the VIP Skydiving Experience because of the exclusivity you receive by having your own jump time. Your first tandem jump is $245, but you'll receive $50 off if you purchase a media package that starts at $125 and includes edited photos.

Skydive Fyrosity offers special event packages for birthdays, proposals, teambuilding, and weddings for an additional cost.

This is our choice for the best views and best VIP experience.

This website uses cookies to improve your experience. We'll assume you're ok with this, but you can opt-out if you wish.   Accept

Read More

Case 2:18-cv-02342-APG-VCF    Document 198-2    Filed 10/15/21    Page 7 of 13



Tandem Skydive Las Vegas is located on the outskirts of the city and offers tandem skydives for first-time jumpers. You'll receive a First Jump Certificate, and your friends and family can also watch from the landing zone.

Once you get harnessed to your instructor, you board the plane and make your way to almost 2 miles above the ground to jumping altitude. Then you'll freefall at 120 miles per hour for about 45 seconds before your instructor will pull the parachute and guide you on a scenic ride for 4-6 minutes before landing softly in the grass landing zone. The instructors take care of everything on this one so you can sit back and relax.

Tandem Skydive Las Vegas is $209 per jump.

## Vegas Indoor Skydiving

This website uses cookies to improve your experience. We'll assume you're ok with this, but you can opt-out if you wish.   Accept

Read More



Vegas Indoor Skydiving is an alternative to the traditional outdoor experience. They are located in the heart of the Strip. Vegas Indoor Skydiving uses a Vertical Wind Tunnel powered by a 1,000 horsepower motor to simulate skydiving experience.

You won't need a parachute for this one as there is a trampoline underneath and padded walls. Also, unlike skydiving, which typically requires you to be 18+, indoor skydiving is for all ages.

Each flier completes a training class first then gets suited up. Once you are suited up, the wind tunnel turns on, and you begin to float, free-fall, and fly through the air with wind speeds up to 120 miles per hour. The entire experience takes about an hour.

Vegas Indoor Skydiving has two packages. The Learn To Fly package is $85 and is designed for a first-time flyer, and includes equipment rental and two flights for one person. The Indoor Skydiving Experience is $149 and includes twice the flight time, plus digital video, action photos, and a souvenir t-shirt.

Their high-end facilities and availability for all age ranges make them our choice for the best indoor skydiving.

## SkyJump

This website uses cookies to improve your experience. We'll assume you're ok with this, but you can opt-out if you wish.   Accept

Read More



SkyJump is a bit different from regular skydiving. SkyJump is an experience located on the 108th floor of The Strat hotel, 855 feet above the Strip. It is different from a traditional free-fall skydive in that it is a controlled descent, similar to a vertical zip line.

Jumpers get harnessed in and attached to a cable and guide wires that keep them on target. Then they jump over the edge of the platform and make the 829-foot open-air leap reaching speeds up to 40mph before the commercial decelerator slows you down to make a gentle landing. Friends and family can stand on an observation deck below to watch.

Skyjump costs $139 per jump. If you would like a wrist cam to capture video, it costs around an additional $40.

## Las Vegas Skydiving Guide

Outdoor vs. Indoor

Skydiving can be divided into two broad categories– outdoor and indoor. Of course, skydiving began outdoors, but companies have come to the market that offers indoor alternatives. There are benefits and disadvantages to both.

### Outdoor Skydiving

The advantage to outdoor is that you get amazing views and far more of an adrenaline rush. However, the disadvantage is that outdoor is riskier. Since you are jumping from a plane with only a parachute, there is a minimal risk of something going wrong.

This website uses cookies to improve your experience. We'll assume you're ok with this, but you can opt-out if you wish.    Accept

Read More

## Indoor Skydiving

With indoor skydiving, one of the perks is that it is safer because it is in a much more controlled, almost lab-simulated environment. Indoor is better for those not willing to accept the risk while still getting a rush and the experience.

The disadvantage to indoor is that there are no views. Because you are in a wind tunnel, you don't get to see any landscape or get expansive aerial views.

Both outdoor and indoor skydiving is exciting and fun, but the choice between them is all about what you would be more comfortable with and what your goals are. Our choice for outdoor skydiving is Skydive Fyrosity or Skydive Las Vegas. For indoor, consider Vegas Indoor Skydiving.

## Desired View

The view is the reason a lot of people go skydiving. However, the location from which you jump determines the view that you are going to get. Keep that in mind when selecting a skydiving experience. For the best views, we like Skydive Fyrosity.

Another factor regarding view goes back to the indoor vs. outdoor considerations. If a view is a lot of the reason why you want to go skydiving, remember that you won't have much of a view if you go with an indoor option.

## Budget Concerns

In any situation, there's a budget, and it will be different for different people. Though it can get expensive, there is a range of pricing in companies. If your budget is on the higher end, consider Skydive Fyrosity for the best experience. If the budget is tight, Sin City Skydiving is our best budget-friendly option that will still be a wonderful time and check off the bucket list.

This website uses cookies to improve your experience. We'll assume you're ok with this, but you can opt-out if you wish.   Accept

Read More

In some situations, your entire crew wants to go, and other times, it might just be you. When selecting a company, you might want to consider if they allow for groups to jump together and cater to that situation. If you do have a large group that wants to go together, go with Sin City Skydiving or Skydive Fyrosity.

## FAQs

How much does it cost to skydive in Las Vegas?

Pricing ranges from $199 – $249 to skydive outdoor in Vegas while indoor starts at $85.

Is it dangerous to skydive in Las Vegas?

Skydiving in does pose a small risk of danger, though companies in here focus on safety above all.

Is skydiving in Las Vegas worth the money?

Skydiving in Las Vegas is worth the money because of the experience and memories it can bring to your trip.

## The Final Verdict

Overall, our winner for best skydiving is Skydive Las Vegas for their quality experience at a competitive price. For indoor skydiving, Vegas Indoor Skydiving takes the best award.

GoJump Las Vegas is our choice for best tandem skydiving because they allow jumpers to control the parachute.

The best skydiving views come from Skydive Fyrosity since you not only get to see stunning geographical features but also four states at once! They are also our choice for the best VIP experience because of their individualized jump times.

Finally, if you're on a budget, our winner for the best budget-friendly skydiving experience in is Sin City Skydiving for offering a safe and quality experience at an affordable price.

No matter which company you choose, skydiving in Las Vegas is an experience you'll remember forever!

### Related Posts




This website uses cookies to improve your experience. We'll assume you're ok with this, but you can opt-out if you wish.   Accept

Read More


Best Sports Book in Las Vegas


Flamingo Wildlife Habitat in Las Vegas




Best Las Vegas Wedding Chapels To Tie the Knot In 2021

← Previous Post                                                                                             Next Post →

## Leave a Comment

Your email address will not be published. Required fields are marked *

Type here..

Name*

Email*

Post Comment »

This website uses cookies to improve your experience. We'll assume you're ok with this, but you can opt-out if you wish.    Accept
Read More

report this ad

Copyright © 2021 Vegas Food & Fun

This website uses cookies to improve your experience. We'll assume you're ok with this, but you can opt-out if you wish.    Accept

Read More