# EXHIBIT 3

# EXHIBIT 3

The Wayback Machine - https://web.archive.org/web/20190401171921/https://vegasfoodandfun.com/coup…



## Coupon Categories

- ☐ Hotels (25)
- ☐ Museums (5)
- ☐ Restaurants (68)
- ☐ Shows (32)
- ☐ Things To Do (74)
- ☐ Tours (18)

## Search By Location

- ◉ All Coupon Locations
- ○ Downtown (6)
- ○ On the Strip (88)

## Search By Ages

- ☐ Adults Only (22)
- ☐ Teens (14)
- ☐ 12 and Under (13)
- ☐ All Ages (51)

Search ...

Filter

# Las Vegas Coupons

## Hotels



### The D Las Vegas Rates Starting at $28

Stay for two, with dates into August 2019



### Up to 25% Off The Venetian Resort and a $50 Cocktail Credit

- Up to 25% off your stay
- Complimentary view upgrade*
- $50 Cocktail�?Credit at The Cocktail Collective.

**Expires:** January 31, 2019

**Coupon Code:** JEV25CY



### $39 Golden Nugget + Buffets

- Stay for two
- Two breakfast or lunch buffet vouchers per stay



### Circus Circus From $32 night plus 2 Brunch Buffets!

Exclusive Tower Room Rates and 2 Free Brunch Buffets!

**Expires:** July 31, 2019



### Wynn Starting Rate $139 & complimentary Buffet

One daily complimentary buffet for two and�?Complimentary valet or self-parking.

**Expires:** April 28, 2019



## Paris $75 Food & Beverage Credit

Stay at Paris Las Vegas and enjoy a $75 tab to use at any of the casino bars, lounges, or restaurants.

**Expires:** March 31, 2019

**Coupon Code:** PKGPFBL

**>> See All Hotels Coupons**

# Museums



## 28% Off HeadzUp

- Admission for Two to 3D Trick Art Museum



## 50% Off Monster Museum

- Admission for Two People to the Museum



## Hollywood Cars Museum and Liberace Garage Up to 52% Off

- $15 for an admission package for one to Hollywood Car Museum and Liberace Garage ($27 value)
- $25 for an admission package for two to Hollywood Car Museum and Liberace Garage ($49 value)



### Up to 52% Off Erotic Heritage Museum

- $32 for admission for two (up to $60 value)
- $58 for admission for four (up to $120 value)



### Up to 50% Off National Atomic Testing Museum

- One Adult General-Admission Ticket
- Two Adult General-Admission Tickets

**>> See All Museums Coupons**

## Restaurants



### 30% Off Sugar Factory

$40 Value for $28 Two People or More, Valid Monday–Thursday



### TC's Rib Crib (Up to 38% Off)

$7.50 for $12 worth of barbecue for lunch, valid for dine-in



## Sushi-Ko (Up to 46% Off)

$47.99 for a hibachi dinner for two ($85.70 value)



## Michael T's Steaks Ribs Burgers (Up to 59% Off)

- House salad for two served with chef's house dressing
- Two 8-oz. New York steaks



## ENVY Steakhouse (Up to 45% Off)

- 2 appetizers or salads (up to $18 each) ($36 total value)
- 2 entrees (up to $53 each) ($106 total value)

**Expires:** April 1, 2019



## 42% off Vegetarian Food and Drinks

$11 for $20 worth of vegetarian food and drinks

### >> See All Restaurants Coupons

# Shows



### Tournament of Kings Dinner & Jousting Show

One Ticket for Preferred C Category Seating, 6 p.m. Show, Valid 01/07/19-04/15/19

**Expires:** April 16, 2019



### 38% Off Purple Reign – Prince Tribute

Purple Reign – Prince Tribute�?Tropicana Las Vegas

**Expires:** December 31, 2019



### 53% Off Vegas the Show

$44.99 for one ticket for limited view seating (up to $94.81 value)



### Disney On Ice presents Dare to Dream

Thomas & Mack Center

**Expires:** January 13, 2019



### Mystère by Cirque du Soleil Tickets from $69.99

Save $49 on Mystère by Cirque du Soleil at Treasure Island



### 31% off Whoopi Goldberg at Treasure Island

Category 2: Sections 201 to 206, subject to change

**>> See All Shows Coupons**

## Things To Do



### 17% Off Exotics Racing

6 Laps in Any Car of $199 Value

### Rent A Slingshot LV (Up to 47% Off)

One-Hour Polaris Slingshot Rental for Adults 25 or Older Manual Transmission- Stick Shift Only



### Las Vegas Airport Round-Trip Transfer

Las Vegas Airport Round-Trip Transfer $15.49



### 35% Off Beer Park

$26 for $40 Worth of Beer, Drinks, and Pub Food at Beer Park

**Expires:** February 1, 2019



### 33% Off Vegas Rock Star Nightclub Tour

$69 Vegas Rock Star Nightclub Tour



### 40% Off Spa at Flamingo

75-minute Spa Day Packages

**>> See All Things To Do Coupons**

# Tours



## 48% Off Las Vegas UTV Tours

Two-Hour Excursion: Ride-Along with Professional Guide UTV Tour for One $129



## Extreme RZR Tour from Las Vegas

Hidden Valley and Primm Valley Extreme RZR Tour from Las Vegas



## 50% Off Las Vegas ATV Tours

Two-hour ATV excursion for one person $124



## 56% Off Party Bus Nightclub Tour

$44 for a Las Vegas party bus nightclub tour for one ($99 value)



## $49 A-list Club Crawl

A-list Club Crawl for One or Two from Party Tours Las Vegas Up to 55%



### $39 for a Premier Bus Tour of the Hoover Dam

Premier Bus Tour of the Hoover Dam

**>> See All Tours Coupons**

Copyright © 2019 Vegas Food & Fun