# EXHIBIT 4

# EXHIBIT 4



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 15 03:47:22 EDT 2021

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: ____ OR   Jump   to record: ____   **Record 38 out of 76**

( Use the "Back" button of the Internet Browser to return to TESS)

# GROUPON

| | |
|---|---|
| **Word Mark** | GROUPON |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer hardware and software for processing payment transactions, processing point of sale transactions, voucher redemption, appointment scheduling, analyzing merchant transactions, and for evaluating and managing information on business performance and customers; computer software for promoting goods and services, for online retail store services featuring goods and services, for providing information and reviews concerning travel services and destinations, and for providing a website featuring ratings, reviews, and recommendations on events and activities in entertainment; computer hardware, namely, electronic card readers for electronically readable cards; computer application software for mobile phones, smart phones, PC tablets, and electronic tablets for processing payment transactions, processing point of sale transactions, voucher redemption, appointment scheduling, analyzing merchant transactions, and for evaluating and managing information on business performance and customers; computer application software for mobile phones, smart phones, PC tablets, and electronic tablets for promoting goods and services, for online retail store services featuring goods and services, for providing information and reviews concerning travel services and destinations, and for providing a website featuring ratings, reviews, and recommendations on events and activities in entertainment; downloadable vouchers in the nature of tickets for admission to sporting, cultural, and entertainment events, via the Internet. FIRST USE: 20141218. FIRST USE IN COMMERCE: 20141218 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86240902 |
| **Filing Date** | April 3, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for** | August 19, 2014 |

| | |
|---|---|
| Opposition | |
| Registration Number | 4867729 |
| International Registration Number | 1206094 |
| Registration Date | December 8, 2015 |
| Owner | (REGISTRANT) Groupon, Inc. CORPORATION DELAWARE 600 West Chicago Avenue Chicago ILLINOIS 60654 |
| Attorney of Record | Mark R. Galis |
| Prior Registrations | 3685954;4222645;4302184;AND OTHERS |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |