AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

LAS VEGAS SKYDIVING
ADVENTURES LLC,
        Appellant

v.

GROUPON, INC.,

        Appellee

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-02342-APG-VCF

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of defendant Groupon, Inc., and against plaintiff Las Vegas Skydiving Adventures LLC.  This matter is now closed.

2/28/2022
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk