AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

LAS VEGAS SKYDIVING ADVENTURES LLC,
       Plaintiff,

v.

GROUPON, INC.,

       Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:18-cv-02342-APG-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment for attorney fees is awarded in favor of Defendant Groupon, Inc. for $325,000 in fees against Plaintiff Las Vegas Skydiving Adventures LLC.

7/11/2022
Date

DEBRA K. KEMPI
Clerk

/s/ Y. Williams
Deputy Clerk