**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LAS VEGAS SKYDIVING ADVENTURES LLC, a Nevada limited-liability company,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>GROUPON, INC., a Delaware corporation,<br><br>　　　　　　　　Defendant. | 2:18-cv-02342-APG-VCF<br><br>**ORDER** |

　　　　Before the Court is Gibson Lexbury LLP's motion to withdraw as attorneys of record (ECF No. 142).

　　　　Counsel asserts that Plaintiff has discharged Gibson Lexbury LLP and has retained new counsel, Duane Frizell. *Id.* Mr. Frizell entered an appearance in Plaintiff's Ninth Circuit appeal. Mr. Frizell has not appeared in this case.

　　　　28 U.S.C. § 1654 provides that "[i]n all courts of the United States the parties may plead and conduct their own cases personally." *See C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987). Although individuals may represent themselves pursuant to this statute, a corporation is not permitted to appear in Federal Court unless it is represented by counsel. *U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). An individual also does not have the right to appear on behalf of anyone other than himself. *Pope*, 818 F.2d at 697.

　　　　Las Vegas Skydiving Adventures LLC may not proceed *pro se*, as corporations must be represented by counsel.

　　　　Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on Gibson Lexbury LLP's motion to withdraw as attorneys of record (ECF No. 142), is scheduled for 11:00 AM, October 18, 2022, Courtroom 3D, Third Floor at the United States District Court, Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. S., Las Vegas, Nevada 89101.

Duane Frizell, Esq. is invited to attend the scheduled hearing at 11:00 AM, October 18, 2022, or alternatively file a substitution of counsel in this matter. Jodi Donetta Lowry, Esq. must mail a copy of this order to Mr. Frizell.

IT IS FURTHER ORDERED that a director, officer, or managing agent of Las Vegas Skydiving Adventures LLC, must attend the scheduled hearing at 11:00 AM, October 18, 2022.

DATED this 21st day of September 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE